# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JEFFREY WESCOTT ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:09-cv-03221 |
| v. ) | |
| ) | Judge Rebecca R. Pallmeyer |
| BANK OF AMERICA CORPORATION, ) | |
| A Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR JUDGMENT PURSUANT TO FED. R. CIV. P. 52

Defendant Bank of America Corporation, ("BAC" or "Defendant"), by its attorneys, Dykema Gossett PLLC, moves, pursuant to Fed. R. Civ. P. 52 to affirm the administrator's denial of the requests of Plaintiff Jeffrey Wescott ("Plaintiff" or "Wescott") for a withdrawal from the 401(k) Restoration Plan and for cancelation of a deferral election, dismissing Counts I and II of Plaintiff's Second Amended Complaint. The grounds for Defendant's Motion are set forth in Defendant's Memorandum in Support, which is filed herewith.

Dated: October 20, 2009                     Respectfully submitted,

**BANK OF AMERICA CORPORATION**

By: /s/ Patrick T. Stanton
Patrick T. Stanton (pstanton@dykema.com)
DYKEMA GOSSETT PLLC
180 N. LaSalle, Suite 2700
Chicago, Illinois 60606
Phone: 312-627-2282
Fax:    312-627-4601

Paul A. Wilhelm (pwilhelm@dykema.com)
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243
Phone: 313-568-6966
Fax:    313-568-6691


## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2009, I electronically filed the foregoing paper using the Court's ECF system, which will send notification of such filing to the following:

George Grumley
(george.grumley@grumleyrosic.com)
Richard C. Carey
(richard.carey@grumleyrosic.com)
Grumley Kamin and Rosic, LLC
70 W. Madison
Suite 2100
Chicago , IL 60602
Ph:  312-994-9004
Fax: 312-994-0541

By:    /s/ Patrick T. Stanton
Patrick T. Stanton (pstanton@dykema.com)
DYKEMA GOSSETT PLLC
Attorneys for Defendant
180 N. LaSalle, Suite 2700
Chicago, Illinois 60601
Phone:  312-627-2282
Fax:    312-627-4601